(ORDER denying original motion entered June 11, 1968.) William R. Goldberg, Moses Kando, Ronald R. Gagnon, for petitioners-appellants. Worrell and Hodge, Eldridge H. Henning, Jr., of counsel, for respondent-appellee.

APPEAL No. 270. STANLEY P. GOLDSTEIN, et al. v. ETTA R. GOLDSTEIN, et al. Reargument denied. Higgins & Silverstein, for plaintiffs. Richard F. Kirby, Guardian Ad Litem for Eugene Stephen Goldstein and Larry Goldstein; Thomas J. Kane, Guardian Ad Litem for Mark Steven Goldstein and Nancy Goldstein; Orist D. Chaharyn, Guardian Ad Litem for Richard Goldstein and James Goldstein; Gerald M. Brenner, Guardian Ad Litem of persons not now in being and not now ascertainable.

August 5, 1968.

M. P. No. 506. ATTILIO L. GIZZARELLI v. AUGUST P. LA FRANCE, Secretary of State, GAETANO LANZI, JOHN FERREIRA, FRANCIS DEAN, Members of Board of Canvassers, Providence. Petition for certiorari granted and assigned for hearing to September 11, 1968. That portion of the order entered by the Superior Court on July 31, 1968, restraining respondents below from "* * * preparing and setting up the machinery and ballot for an election by referendum as required under S 888 sub A" is vacated. Anthony J. Bucci, for plaintiff. Herbert F. DeSimone, Attorney General, Robert J. McOsker, City Solicitor, Vincent J. Piccirilli, Asst. City Solicitor, for defendants.

September 6, 1968.

M. P. No. 506. ATTILIO L. GIZZARELLI v. AUGUST P. LA FRANCE, Secretary of State, GAETANO LANZI, JOHN FERREIRA, FRANCIS DEAN, Members of Board of Canvassers, Providence. Special assignment vacated. Anthony J. Bucci, for plaintiff-appellee. Herbert F. DeSimone, Attorney General, Robert J. McOsker, City Solicitor, Vincent J. Piccirilli, Asst. City Solicitor, for defendants-appellants.